| | | |
|---|---|---|
| DEMETRIUS SHERMAN JOSEPH, SR., | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:17-CV-236 |
| | § | |
| MELINDA PICKENS, | § | |
| Defendant. | § | |

**MEMORANDUM ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Demetrius Sherman Joseph, Sr., filed this civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed.

**ORDER**

Accordingly, the findings of fact act and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered dismissing this action.

SIGNED at Beaumont, Texas, this 11th day of December, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE
